## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **3:12-md-02385-DRH-SCW** **MDL No. 2385** |

**This Document Relates To:**

> The **Member Actions** Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions **(MDL 2385 Doc. 647)** and Identified in Exhibit 1 Attached Thereto **(MDL 2385 Doc. 647-1)**

## JUDGMENT IN A CIVIL CASE

**HERNDON, U.S. District Judge:**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 23, 2015(MDL 2385 Doc. 647), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 647-1) are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:__ /s/Caitlin Fischer__**
**Deputy Clerk**

Dated:  May 1, 2015

Digitally signed by
David R. Herndon
Date: 2015.05.01
10:48:39 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT